IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXANDER LUND,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MICHAEL MATTHEWS, M.D., SIDNEY MEDICAL ASSOCIATES, and CHEYENNE COUNTY HOSPITAL ASSOCIATION, INC.,<br><br>                    Defendants. | 8:13CV144<br><br>ORDER |

This matter is before the court on the Findings and Recommendation ("F&R") of the magistrate judge, Filing No. 45. The magistrate judge recommended dismissal of the claims against defendant Sidney Medical Associates for failure to prosecute. *Id.*, F&R at 1. The magistrate judge found that the plaintiff "failed to comply with the court order requiring him to serve the defendant Sidney Medical Associates or show cause." *Id.* at 3. The plaintiff has filed no objection to the F&R.

The court agrees with the magistrate judge's conclusion that the claims against defendant Sidney Medical Associates should be dismissed, without prejudice, under Fed. R. Civ. P. 4(m). Accordingly,

IT IS ORDERED:

1. The F&R of the magistrate judge (Filing No. 45) is adopted.

2. The plaintiff's claims against defendant Sidney Medical Associates are dismissed, without prejudice.

Dated this 11th day of June, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge