IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXANDER LUND, Individually;<br><br>          Plaintiff,<br><br>  vs.<br><br>M.D. MICHAEL MATTHEWS, SIDNEY MEDICAL ASSOCIATES, CHEYENNE COUNTY HOSPITAL ASSOCIATION, INC.,<br><br>          Defendants. | 8:13CV144<br><br>ORDER |

      This matter is before the court on the parties joint stipulation for dismissal of Cheyenne County Hospital Association, d/b/a/ Sidney Regional Center, Filing No. 62. The court finds that the action against defendant Cheyenne County Hospital Association, d/b/a/ Sidney Regional Center, should be dismissed with prejudice.

      IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's cause of action against defendant Cheyenne County Hospital Association, d/b/a/ Sidney Regional Center is hereby dismissed, with prejudice, each party to pay its own costs and attorney fees.

      Dated this 13th day of August, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge