IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALEXANDER LUND, | ) | Case No. 8:13CV144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| MICHAEL MATTHEWS, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Joint Motion and Stipulation for Dismissal with Prejudice of the parties.  Upon due consideration thereof, the Court finds that Motion should be granted and the action of the Plaintiff should be dismissed with prejudice, with all parties paying their own costs and with complete record waived.

IT IS THEREFORE ORDERED, that the within action should be and hereby is dismissed with prejudice with all parties paying their own costs and with complete record waived.

DATED this 3rd day of September, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge